# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, ) | 1:07-CV-0557 LJO SMS HC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. ) | |
| JOHN TORRES, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   April 27, 2007**             **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE