1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   JASON SAUNDERS,                    )        1:07-CV-0557 LJO SMS (HC)
                                        )
11            Petitioner,               )
                                        )        ORDER GRANTING EXTENSION
12       v.                             )        OF TIME TO AMEND HABEAS
                                        )        CORPUS PETITION
13   JOHN TORRES,                       )
                                        )        (DOCUMENT #5)
14            Respondent.               )
     _____)
15

16
            Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.
17
     § 2254.  On May 21, 2007, petitioner filed a motion to extend time to amend petition.  Good cause
18
     having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY
19
     ORDERED that:
20
            Petitioner is granted thirty days from the date of service of this order in which to amend petition.
21
     IT IS SO ORDERED.
22
     **Dated:    June 21, 2007                           /s/ Sandra M. Snyder**
23                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28