# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SAUNDERS, | ) | 1:07-CV-00557 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING AUGUST 14, 2007, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | [Doc. #7] |
| JOHN TORRES, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| Respondent. | ) | TO FILE AMENDED PETITION |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 14, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to file an amended petition in compliance with previous court orders.

On August 23, 2007, Petitioner filed objections to the Findings and Recommendation. Petitioner states he mailed a request for a second extension of time on July 15, 2007. Since the Court did not receive said request, Petitioner claims it must have been lost in transmission. The Court finds Petitioner has shown good cause to vacate the Findings and Recommendation.

Accordingly, the Court hereby VACATES the Findings and Recommendation of August 14,

20075. Good cause having been presented and good cause appearing therefor, Petitioner's motion for a second extension of time is GRANTED; the deadline for filing an amended petition is extended thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:    August 24, 2007**                      /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE