IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN TORRES,<br><br>    Respondent.<br>_____/ | 1:07-cv-00557 LJO SMS (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION<br><br>(DOCUMENT #10)<br><br>THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 26, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

**Dated:**   **October 24, 2007**          **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE