UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON SAUNDERS, | ) | 1:07-CV-00557 LJO SMS HC |
|---|---|---|
| Petitioner, | ) ) | FINDINGS AND RECOMMENDATION REGARDING PETITIONER'S MOTION FOR AN ORDER DIRECTING WARDEN TO RELINQUISH STORED PROPERTY |
| v. | ) ) ) | |
| JOHN TORRES, | ) | [Doc. #12] |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2007, Petitioner filed a motion requesting an extension of time and for an order directing the warden of his institution to relinquish stored legal property. By separate order, the extension of time will be granted.

**DISCUSSION**

Petitioner is informed that claims concerning the conditions of one's confinement are properly raised in a civil rights complaint filed pursuant to 28 U.S.C. § 1983. McCarthy v. Bronson, 500 U.S. 136, 141-42 (1991); Preiser v. Rodriguez, 411 U.S. 475, 499 (1973); Badea v. Cox, 931

F.2d 573, 574 (9th Cir.1991); Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases. A habeas corpus petition is the correct method for a prisoner to challenge the "legality or duration" of his confinement. Badea, 931 F.2d at 574, *quoting* Preiser, 411 U.S. at 485; Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.

In this case, Petitioner seeks injunctive relief compelling prison officials to relinquish property. This claim is not properly brought in a petition for writ of habeas corpus. Petitioner's complaint clearly concerns the conditions of his confinement and thus is appropriately raised in a civil rights action. Accordingly, the Court will recommend that Petitioner's motion be dismissed.

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that Petitioner's motion for an order directing the warden to relinquish stored property be DISMISSED. The Court further RECOMMENDS that the Clerk of the Court send Petitioner a civil rights complaint form pursuant to 42 U.S.C. § 1983.

This Findings and Recommendation is submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy of this Findings and Recommendation, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the Objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the Order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   December 19, 2007            /s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE