IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Petitioner,<br><br>    vs.<br><br>JOHN TORRES,<br><br>    Respondent.<br>_____/ | 1:07-cv-00557-LJO-SMS- (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO ENTER OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #17)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 25, 2008, petitioner filed a motion to extend time to enter objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to enter objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **February 13, 2008**           **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE