IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:07-cv-00557-LJO-SMS-(HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE AMENDED PETITION |
| JOHN TORRES, | (DOCUMENT #20) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 21, 2008, petitioner filed a motion to extend time to file amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file amended petition.

IT IS SO ORDERED.

**Dated: April 3, 2008**          /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE