UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SAUNDERS, | ) | 1:07-CV-00557 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITIONER'S |
| | ) | MOTION FOR ORDER TO RELINQUISH |
| | ) | STORED PROPERTY |
| | ) | [Doc. #12] |
| JOHN TORRES, | ) | |
| | ) | ORDER REFERRING MATTER BACK TO |
| Respondent. | ) | MAGISTRATE JUDGE FOR FURTHER |
| | ) | PROCEEDINGS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 19, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion for an order directing the Warden to relinquish stored property be DISMISSED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. The Court granted Petitioner an extension of time to file objections; however, he has failed to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the file and Petitioner's motion, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 19, 2007, is ADOPTED IN FULL;

2. Petitioner's motion for order directing Warden to relinquish property is DISMISSED;

3. The matter is REFERRED back to the Magistrate Judge for further proceedings; and

4. As this is not a "final order" which disposes of all claims in the petition, a certificate of appealability is not required. 28 U.S.C. § 1291; Catlin v. United States, 324 U.S. 229, 233 (1945).

IT IS SO ORDERED.

**Dated:   July 25, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE