# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>      Petitioner,<br><br>    v.<br><br>JOHN J. TORRES,<br><br>      Respondent. | 1:07-CV-00557 LJO SMS HC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>[Doc. #22] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 9, 2008, Petitioner filed a fifth request for an extension of time in which to file an amended petition. Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file an amended petition. **As Petitioner will now have had one full year to complete and file his amended petition, no further extensions will be granted.** Failure to file an amended petition within the allotted time will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   August 4, 2008**                      **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE