# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:07-cv-00557 SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS |
| v. | |
| | [Doc. 34] |
| KEN CLARK, Warden, et.al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Good cause having been presented, it is HEREBY ORDERED that the time for filing of Respondent's motion to dismiss is extended to and including November 24, 2008.

IT IS SO ORDERED.

**Dated:   November 14, 2008**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1