IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:07-cv-00557-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S DISCOVERY MOTION |
| vs. | |
| JOHN TORRES, | (DOCUMENT #42) |
| Respondent. | DEADLINE: FEBRUARY 17, 2009 |

On January 26, 2009, respondent filed a motion to extend time to file an Opposition to Petitioner's Discovery Motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension to and including February 17, 2009, in which to file the Opposition .

IT IS SO ORDERED.

**Dated: February 4, 2009** /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE