IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Petitioner,<br><br>    vs.<br><br>JOHN TORRES,<br><br>    Respondent.<br>_____/ | 1:07-cv-00557-SMS (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #48)<br><br>DEADLINE: MARCH 25, 2009 |

On February 18, 2009, respondent filed a motion to extend time to reply to petitioner's opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent's motion is extended to and including March, 25, 2009, in which to reply to petitioner's opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   February 19, 2009**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE